**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2194-23

WEST FRONT STEET
INDUSTRIAL, LLC,

    Plaintiff-Respondent,

v.

MISSRY ASSOCIATES, INC.,

    Defendant-Appellant.

_____

Submitted October 22, 2024 – Decided October 30, 2024

Before Judges Susswein, Perez-Friscia and Bergman.

On appeal from the Superior Court of New Jersey, Law Division, Union County, Docket No. LT-005830-23.

Law Offices of Jeffrey S. Mandel LLC, attorney for appellant (Jeffrey S. Mandel, of counsel and on the briefs).

Faegre Drinker Biddle & Reath LLP, attorneys for respondent; (Frank F. Velocci, and Edward J. Scarillo, on the brief).

PER CURIAM

We have been advised prior to argument that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2